**COM.**

v.

**NELLOM, F.**

**2179 EDA 2016**

Superior Court of Pennsylvania.

05/31/2017

CP–23–CR–0001043–2016
(Delaware)

Appeal Dismissed

**COM.**

v.

**PARKER, C.**

**2232 EDA 2016**

Superior Court of Pennsylvania.

05/31/2017

CP–51–CR–0409341–2001
(Philadelphia)

Affirmed

**The ALTMAN LAW FIRM**

v.

**WILLIAMS, V.L.**

**2525 EDA 2016**

Superior Court of Pennsylvania.

05/31/2017

2015–07155–CT (Chester)
Affirmed

**HSBC BANK USA**

v.

**REYES, F.**

**2545 EDA 2016**

Superior Court of Pennsylvania.

05/31/2017

2014–32714
(Montgomery)
Affirmed